1 **BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
2 Joel D. Smith (State Bar No. 244902)
3 Thomas A. Reyda (State Bar No. 312632)
Blair E. Reed (State Bar No. 316791)
4 1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
5 Telephone: (925) 300-4455
Facsimile: (925) 407-2700
6 E-Mail:  ltfisher@bursor.com
7                jsmith@bursor.com
               treyda@bursor.com
8                breed@bursor.com

9 *Counsel for Plaintiff*

10

11                    **UNITED STATES DISTRICT COURT**

12                **NORTHERN DISTRICT OF CALIFORNIA**

13

14 | RICK MUSGRAVE, on behalf of himself and all others similarly situated, | Case No. |
|---|---|
15 | | |
| Plaintiff, | **CLASS ACTION COMPLAINT** |
16 | v. | |
17 | QUORA, INC., | **JURY TRIAL DEMANDED** |
18 | Defendant. | |
19 | | |

20

21

22

23

24

25

26

27

28

---

Plaintiff Rick Musgrave ("Plaintiff" or "Mr. Musgrave"), by and through his attorneys, makes the following allegations against Defendant Quora, Inc. ("Defendant") pursuant to the investigations of his counsel and upon information and belief, except as to the allegations specifically pertaining to himself or his counsel, which are based on personal knowledge.

## INTRODUCTION

1.      Plaintiff brings this class action against Defendant for its failure to secure and safeguard his personal identifying information ("Personal Information"), and that of over 100 million similarly situated people who used its services.

2.      Quora is one of the world's largest for-profit company social media companies.  It retains the Personal Information of its users, including (among other things) the names, passwords, email, phone information, birthdates, data imported from linked networks (such as Facebook and Google+), and direct messages of its users.

3.      Unfortunately for its users, in December 2018, Quora experienced a data breach in which hackers accessed the Personal Information ("Data Breach").  The New York Times covered the Quora "[d]ata breach that [a]ffected 100 [m]illion [u]sers."[1]

4.      Quora's Chief Executive, Adam D'Angelo, reported that on Friday November 30, 2018, Quora discovered "user data was compromised by a third party who gained unauthorized access to one of our systems."[2]  This breach is the "result of unauthorized access to one of our systems by a malicious third party."

5.      Quora itself acknowledges that it has failed to meet its responsibility to protect the Personal Information of its users.  "It is our responsibility to make sure things like this don't happen, and we failed to meet that responsibility."[3]  Quora failed to adequately protect the Personal Information of its users, and that information is now in the hands "malicious third parties."  Quora

---

[1] Attached hereto as Exhibit A; also available at https://www.nytimes.com/2018/12/04/technology/quora-hack-data-breach.html (last visited January 28, 2019).
[2] Attached hereto as Exhibit B; also available at https://blog.quora.com/Quora-Security-Update (last visited January 28, 2019).
[3] Exhibit B.

notified the Plaintiff, Mr. Musgrave, that his Personal Information was accessed as a part of the Data Breach.  Mr. Musgrave and others similarly situated now face, among other injuries, a heightened, imminent risk of fraud, identity theft, and financial harm.

<p style="text-align:center"><b><u>PARTIES</u></b></p>

6.      Plaintiff Rick Musgrave is, and at all times mentioned herein was, a resident of Pacheco, California and a citizen of the State of California.  Mr. Musgrave first used Quora in or about October 2017.  As a result of using Quora's services, Mr. Musgrave's Personal Information was stored by Quora and later stolen and put at risk during the Data Breach.  Mr. Musgrave received a notice of The Data Breach from Defendant on December 3, 2018, which is attached hereto as Exhibit C.   The Data Breach and disclosure of the Personal Information has immediately, directly and substantially increased Mr. Musgrave risk of identity theft.  Indeed, information such as data breach victims' names, birth dates, email addresses, password, and other identifying information alone creates a material risk of identity theft.  As a result of the Data Breach, Mr. Musgrave also has suffered a loss of privacy, nuisance and diminished value of Personal Information, and must now expend additional time and money mitigating the threat of identity theft that would not be necessary but for the Data Breach.

7.      Quora, Inc. operates an online portal that enables users to post questions, answer questions, interact with other users, and browse information.  Quora sells contextual advertising relevant to question topics and user interests.  Quora is based in Mountain View, California and is a Delaware corporation.

<p style="text-align:center"><b><u>JURISDICTION AND VENUE</u></b></p>

8.      This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1337, as well as jurisdiction over the state law claims pursuant to 28 U.S.C. §§ 1332(d) and 1367 because this is a class action in which the matter or controversy exceeds the sum of $5,000,000, exclusive of interest and costs, and in which some members of the proposed Classes are citizens of a state different from the Defendant.

9.      Venue is proper in this District pursuant to 28 U.S.C. §§ 1391 (b), (c), and (d), because a substantial part of the events giving rise to Plaintiff's claims occurred in this District.

10.     Venue is also proper in this District because Defendant's Terms of Service (attached hereto as Exhibit D), which all users agree to when creating an account on Quora.com, identifies this Court as the proper venue and California law as the proper law for any claims arising between Defendant and its users.

11.     This Court has personal jurisdiction because Defendant does business in this District and a substantial part of the events and injury giving rise to Plaintiff's claims occurred in this District.

**FACTS COMMON TO ALL CLAIMS**

12.     Quora is a for-profit company that provides a massive online web portal that enables users to post questions and get answers, share knowledge, and browse information.  The answers to posted questions "will often be at or near the top of any web search on the question."   Indeed, Quora has 200 million unique monthly visitors, and is the #115th most visited web site in the world[.]"

13.     Quora is one of the world's largest social media companies.  When creating a Quora account, users are given the option to link their Quora account with either a Gmail or Facebook account.  At the very least, a consumer must provide information such as their name, email, and password.  Users are then required to identify areas of interest and then prompted to add additional information including locations, employment credentials and educational credentials.  Quora tracks how users use its services, friends, posted question, and communications with other users of the website.

14.     It retains the Personal Information of its users, including names, passwords, email and phone information, birthdates, data imported from linked networks (such as Facebook and Google+), and direct messages.

15.     The Data Breach in December 2018, allowed a "malicious third party" to gain access to the following Personal Information of approximately 100 million Quora users:

- <u>Account information</u>, e.g. name, email address, encrypted password (hashed using bcrypt with a salt that varies for each user), data imported from linked networks when authorized by users.
- <u>Non-public content and actions</u>, e.g. answer requests, downvotes, direct messages (note that a low percentage of Quora users have sent or received such messages)

16.    In its Privacy Policy (attached hereto as Exhibit E), Quora repeatedly urges its users to trust and rely on Quora to safeguard their Personal Information with statements like:

- "The security of your information is important to us. Quora has implemented safeguards to protect the information we collect."
- "We do not sell your personal data."
- "We will take steps to ensure that your personal information receives an adequate level of protection in the jurisdictions in which we process it."

17.    As discussed above, Quora itself acknowledges that it has failed to meet its responsibility to protect the Personal Information of its users.  "It is our responsibility to make sure things like this don't happen, and we failed to meet that responsibility."[4]  Indeed, recognizing the imminent and direct threat of injury caused by the Data Breach, Quora invalidated user passwords and advised users to change their passwords for other connected accounts on other services.  Quora failed to adequately protect the Personal Information of its users, and that information is now in the hands "malicious third parties."

18.    Information from social media, like the Personal Information that was stolen in the Data Breach is incredibly valuable.  This information can include, but is not limited to: birthdays, relationships, places of residence, place of birth, current locations, interests, email addresses, photos, videos, personal conversations, and other valuable private knowledge.  Not only does Quora use this information to generate advertisement revenue, it is highly valuable to identity thieves who can use Personal Information to gain access to a variety of existing accounts belonging to Plaintiff and others similarly situated.  Identity thieves can also use Personal Information to

---

[4] Exhibit B.

harm Plaintiff through embarrassment and blackmail, open new accounts and/or misuse existing accounts, and gain access to social security, financial, medical, and other highly private information.

19.     Plaintiff and others similarly situated now face a heightened, imminent risk of fraud, identity theft, and financial harm. They must more closely monitor their financial accounts and credit histories to guard against identity theft and misuse of their Personal Information. To address these increased risks they must incur, and will continue to incur on an indefinite basis, out-of-pocket costs for obtaining credit reports, credit freezes, credit monitoring services, and other protective measures to deter or detect identity theft. The unauthorized release of the Personal Information also diminished the value of that Personal Information.

## CLASS ACTION ALLEGATIONS

20.     Plaintiff seeks relief in his individual capacity and as a representative of all others who are similarly situated. In accordance with Fed. R. Civ. P. 23(a) and (b)(2) and/or (b)(3), Plaintiff seeks certification of a Nationwide Class and a California subclass.

21.     The Nationwide Class is defined as all persons residing in the United States whose personal information was disclosed in the data breach affecting Quora, Inc. in 2018 (the "National Class").

22.     The California Class is defined as all persons residing in California whose personal information was disclosed in the data breach affecting Quora, Inc. in 2018 (the "California Class").

23.     Excluded from the Classes are Defendant; any of its corporate affiliates; any of their directors, officers, or employees; any persons who timely elects to be excluded from any of the Classes; any government entities; and any judge to whom this case is assigned and their immediate family and court staff.

24.     The members of each Class are so numerous that the joinder of all members is impractical. Based on Defendant's statements about the scope of the Data Breach, each Class likely includes millions of people.

25.     There are questions of law and fact common to the Classes, which predominate over any questions affecting only individual Class members. These common questions of law and fact include, without limitation:

    a.  Whether Defendant violated California Civil Code § 1798.81.5 by failing to implement reasonable security procedures and practices;

    b.  Whether Defendant violated California Civil Code § 1798.82 by failing to promptly notify Class members their Personal Information had been compromised;

    c.  Whether Defendant violated California Business and Professions Code § 17200, *et seq.*;

    d.  Whether Defendant breached express and/or implied warranties;

    e.  Whether Defendant had a legal duty to use reasonable security measures to protect Personal Information;

    f.  Whether Defendant violated California's Civil Code §§ 1709, 1710 when it failed to disclose it was not implementing at least minimally adequate security measures; and

    g.  The nature of the relief, including equitable relief and damages, to which Plaintiff and the Class members are entitled.

26.     Plaintiff's claims are typical of the claims of the members of the Classes, and Plaintiff will fairly and adequately protect the interests of the Classes.  Plaintiff and all members of the Classes are similarly affected by Quora's wrongful conduct in that their Personal Information has been exposed without their authorization.

27.     Plaintiff's claims arise out of the same common course of conduct giving rise to the claims of the other members of the Classes.

28.     Plaintiff's interests are coincident with, and not antagonistic to, those of the other members of the Classes.

29.     Plaintiff is represented by counsel competent and experienced in the prosecution of consumer protection and tort litigation.

30.     The questions of law and fact common to the members of the Classes predominate over any questions affecting only individual members, including legal and factual issues relating to liability and damages.

31.     Class action treatment is a superior method for the fair and efficient adjudication of the controversy.  Among other things, such treatment will permit a large number of similarly situated persons to prosecute their common claims in a single forum simultaneously, efficiently and without the unnecessary duplication of evidence, effort and expense if numerous individual actions. The benefits of proceeding as a class, including providing injured persons or entities with a method for obtaining redress for claims that might not be practicable to pursue individually, substantially outweigh any potential difficulties in managing this class action.

## COUNT I

### Violation of California's Civil Code §§ 1789.81.5, 1798.82, 1798.83

32.     Plaintiff incorporates by reference the allegations in the preceding paragraphs as if fully set forth herein.  Plaintiff brings this count on behalf of himself and the Class.

33.     Defendant's choice-of-law provision establishes that California law applies to Plaintiff and all Class members' claims.

34.     California Civil Code § 1798.81.5 requires that any business that "owns or licenses personal information about a California resident shall implement and maintain reasonable security procedures and practices appropriate to the nature of the information, to protect the personal information from unauthorized access, destruction, use, modification, or disclosure."  California Civil Code § 1798.81.5(d)(1)(B) defines "personal information" as including "[a] username or email address in combination with a password or security question and answer that would permit access to an online account."

35.     Defendant is a business that owns, licenses, or maintains personal information about California residents.  The Personal Information at issue here is "personal information" within the meaning of Civil Code § 1798.80.

36.     Plaintiff Musgrave and other Class members qualify as "Customer[s]" as defined in Civil Code § 1798.80, because they provided their personal information to Defendant to use Quora's services.

37.     Defendant violated Civil Code § 1798.81.5 by failing to maintain reasonable security procedures and practices, resulting in the compromise of Personal Information in the Data Breach.

38.     Defendant violated Civil Code §§ 1798.82 and 1798.83 by failing to promptly notify all people affected by the Data Breach that their Personal Information had been acquired by an unauthorized person, or was reasonably believed to have been acquired by an unauthorized person.

39.     As a result of Defendant's violations described here, Plaintiff Musgrave and the Class were (and continue to be) injured and have suffered (and will continue to suffer) the damages described in this Complaint.

40.     Defendant's violations of Civil Code §§ 1798.81.5 and 1798.82 were willful, intentional or, at a minimum, reckless.

41.     Plaintiff Musgrave seeks, on behalf of himself and Class members, all relief permitted under Civil Code § 1798.84, including damages, statutory penalties, injunctive relief, and attorney's fees and costs.

## COUNT II

**Violation of California's Unfair Competition Law, Bus. & Prof. Code § 17200 *et seq*.**

42.     Plaintiff incorporates by reference the allegations in the preceding paragraphs as if fully set forth herein.  Plaintiff brings this count on behalf of himself and the Class.

43.     Defendant's choice-of-law provision establishes that California law applies to Plaintiff and all Class members' claims.

44.     Defendant engaged in unfair, fraudulent and unlawful business practices in violation of the Unfair Competition Law, Cal. Bus. & Prof. Code § 17200, *et seq.* ("UCL").

45.     Plaintiff Musgrave and Class members suffered an injury in fact and lost money or property because of Defendant's alleged violations of the UCL.

46.     The acts, omissions, and conduct of Defendant as alleged constitute a "business practice" within the meaning of the UCL.

47.     Defendant violated the unlawful prong of the UCL by violating Civil Code Sections 1798.81.5 and 1798.82, as alleged above.

48.     Defendant's acts, omissions, and conduct also violate the unfair prong of the UCL because they offended public policy and constitute immoral, unethical, oppressive, and unscrupulous activities that caused substantial injury, including to Plaintiff and other Class members.  The harm cause by Defendant's conduct outweighs any potential benefits attributable to such conduct and there were reasonably available alternatives to further Defendant's legitimate business interests, other than Defendant's conduct described herein.

49.     Defendant engaged in a fraudulent business practice that is likely to deceive a reasonable consumer by misrepresenting in its Privacy Policy that it had adequate measures to prevent data theft, and by failing to disclose that it does not adhere to industry-standard security practices.  A reasonable person would find Defendant's misrepresentations and omissions material when deciding whether to agree to use Quora's services and provide Quora with Personal Information.

50.     As a result of Defendant's violations of the UCL, Plaintiff Musgrave and the other Class members are entitled to injunctive relief and restitution of all funds Defendant acquired as a result of its unfair competition.

### COUNT III

**Negligence / Negligence Per Se**

51.     Plaintiff incorporates by reference the allegations in the preceding paragraphs as if fully set forth herein.  Plaintiff brings this count on behalf of himself and the Class.

52.     Defendant's choice-of-law provision establishes that California law applies to Plaintiff and all Class members' claims.

53.      Defendant owed a duty to Plaintiff and Class members, who were required to provide their Personal Information to Defendant to use its services.  Defendant created a duty

through its voluntary actions in collecting and storing the Personal Information for its own benefit, as well as by its assurances (in its Privacy Policy and elsewhere) that it would safeguard that information.

54.     Defendant's duty required it, among other things, to design and employ cybersecurity systems, anti-hacking technologies, and intrusion detection and reporting systems sufficient to protect Personal Information from unauthorized access and to promptly alert its users of data breaches.

55.     Defendant also had a duty to delete any Personal Information that was no longer needed to serve its users in its business going forward.

56.     Defendant breached its duties by, among other things: failing to maintain appropriate technological and other systems to prevent unauthorized access; failing to minimize the Personal Information that any intrusion could compromise; failing to detect the Data Breach in a timely manner; failing to promptly notify Plaintiff and Class members of the Data Breach.

57.      Defendant's breaches of its duties provided the means for third parties to access, obtain, and misuse the Personal Information of Plaintiff and the Class without authorization.  It was reasonably foreseeable that such breaches would expose the Personal Information to criminals and other unauthorized access.

58.     But for Defendant's breach of its duties, Class members' Personal Information would not have been compromised in the Data Breach.

59.     As a result of Defendant's negligence, Plaintiff and the Class suffered injury, which includes but is not limited to exposure to a heightened, imminent risk of fraud, identity theft, and financial harm.  Plaintiff and class member must more closely monitor their financial accounts and credit histories to guard against identity theft and misuse of their Personal Information.  Class members also have incurred, and will continue to incur on an indefinite basis, out-of-pocket costs for obtaining credit reports, credit freezes, credit monitoring services, and other protective measures to deter or detect identity theft. The unauthorized release of Plaintiff's and Class members' Personal Information also diminished the value of that Personal Information.

60. Defendant's violations of California's Civil Code §§ 1789.81.5, 1798.82, 1798.83, are negligence *per se*.

61. The damages to Plaintiff and other Class members were a proximate, reasonably foreseeable result of Defendant's breaches of its duties. Plaintiff and class member are entitled to damages in an amount to be proven at trial.

### COUNT IV

### California Constitutional Right to Privacy

62. Plaintiff incorporates by reference the allegations in the preceding paragraphs as if fully set forth herein. Plaintiff brings this count on behalf of himself and the Class.

63. Defendant's choice-of-law provision establishes that California law applies to Plaintiff and all Class members' claims.

64. Plaintiff and the Class have a legally protected privacy interest in their data, as codified, among other places, in California's Computer Data Access and Fraud Act, Cal. Pen. Code, § 502. In addition, the California Constitution expressly provides for a right of privacy. Cal. Const. Art. I, Sec. 1.

65. At all relevant times, Defendant's Privacy Policy provided that Plaintiff and Class members' Personal Information would not be released to third parties without express consent. Plaintiff and the Class had a reasonable expectation of privacy in their Personal Information that Defendant electronically stored, including the right not to have that Personal Information stolen and used for profit and/or malicious purposes.

66. Defendant's conduct in intentionally intruding on Plaintiff and Class members' right to have their Personal Information protected without prior express consent directly violated Plaintiff and Class members' privacy interests. Defendant's conduct directly and proximately harmed Plaintiff and the Class. Therefore, Plaintiff and the Class are entitled to appropriate relief including injunctive relief and damages.

\\ \\ \\

## COUNT V

### Violation of California's Civil Code §§ 1709, 1710

67.     Plaintiff incorporates by reference the allegations in the preceding paragraphs as if fully set forth herein. Plaintiff brings this count on behalf of himself and the Class.

68.     Defendant's choice-of-law provision establishes that California law applies to Plaintiff and all Class members' claims.

69.     As alleged above, Defendant knew that its data security measures were grossly inadequate.

70.     Defendant had an obligation to disclose to Plaintiff and the Class that their Quora accounts and Personal Information were an easy target for hackers and Defendant was not implementing at least minimally adequate security measures.

71.     Defendant failed to disclose this to Class members.  Instead, Defendant willfully deceived Plaintiff and the Class by concealing the true facts concerning their data security, which Defendant was obligated to, and had a duty to disclose.

72.     Had Defendant disclosed the true facts about their inadequate and poor data security, Plaintiff and the Class would have taken measures to protect themselves.  Plaintiff and the Class justifiably relied on Defendant to provide accurate and complete information about Defendant's data security, and Defendant did not.

73.     Independent of any representations made by Defendant, Plaintiff and the Class justifiably relied on Defendant to provide a service with at least minimally adequate security measures and justifiably relied on Defendant to disclose facts undermining that reliance.

74.     These actions are "deceit" under Cal. Civ. Code § 1710 in that they are the suppression of a fact, by one who is bound to disclose it, or who gives information of other facts which are likely to mislead for want of communication of that fact.

75.     As a result of this deceit by Defendant, it is liable under Cal. Civ. Code § 1719 for "any damage which [Plaintiff and the Class members] thereby suffer[]."

76.     As a result of this deceit by Defendant, the Personal Information of Plaintiff and the Class were compromised, and their Personal Information was disclosed to third parties without their consent, placing them at a greater risk of identity theft and subjecting them to identity theft. Plaintiff and the Class also suffered diminution in value of their Personal Information that it is now easily available to hackers and others.   In addition, Plaintiff and the Class have also suffered consequential out-of-pocket losses for procuring credit freeze or protection services, identity theft monitoring, and other expenses relating to identity theft losses or protective measures.

77.     Defendant's deceit as alleged herein is fraud under Cal. Civ. Code § 3294(c)(3) in that it was deceit or concealment of a material fact known to the Defendant conducted with the intent on the part of Defendant depriving Plaintiff and the Class of "legal rights or otherwise causing injury."  As a result, Plaintiff and the Class are entitled to punitive damages against Defendant under Cal. Civ. Code § 3294(a).

## COUNT VI

### Breach of Contract

78.     Plaintiff incorporates by reference the allegations in the preceding paragraphs as if fully set forth herein.  Plaintiff brings this count on behalf of himself and the Class.

79.     Defendant's choice-of-law provision establishes that California law applies to Plaintiff and the Class.

80.     At all relevant times, Defendant and Plaintiff and the Class mutually assented to and therefore were bound by the version of Quora's Privacy Policy (the "Contract") that was operative at the time Plaintiff and each of the Class members joined Quora.

81.     Quora's Privacy Policy is incorporated by reference into its Terms of Service, which forms a binding contract between Quora and each user at the time of the creation of an account.

82.     Throughout the Class Period, Defendant affirmatively stated in the Contract that it would not disclose its users Personal Information without consent or notice.  Defendant further represent that it would utilize sufficient data security protocols and mechanisms to protect its users' Personal Information under the "How We Protect Your Information" section and reaffirmed, "[t]he

security of your information is important to us.  Quora has implemented safeguards to protect the information we collect."

83.     Defendant breached the Contract in that it did not have proper safeguards to protect Plaintiff and the Class members' Personal Information and did not limit access to that information to the specified individuals or entities.  Defendants violated their commitment to maintain the confidentiality and security of the Personal Information of Plaintiff and the Class, and failed to comply with their own polices and industry standards related to data security.

84.     Quora's Terms of Service purports to impose a limitation of liability on users who agree to the Terms, in which users agree Defendant will not be liable for "indirect, incidental, consequential, special, or exemplary damages, loss of profits, business interruption, reputational harm, or loss of data (even if [Defendant] ha[s] been advised of the possibility of such damages or such damages are foreseeable)."  *See* Ex. D at pp. 8-10.  In addition, Quora states that its maximum aggregate liability for damages suffered in connection with use of its services "is limited to the amount paid to Quora in connection with the Quora platform in the twelve (12) months prior to the action giving rise to liability."  *Id.*

85.     To the extent the limitations apply to consequential damages, they are unconscionable under California law.  Under Cal. Civ. Code § 2719(b)(3), a contractual limitation of consequential damages is invalid of it is unconscionable.  Unconscionability under California law involves both procedural and substantive unconscionability.

86.     Procedural unconscionability under California law focuses on the factors of surprise and oppression. "Oppression" arises from an inequality of bargaining power which results in no real negotiation and "an absence of meaningful choice." "Surprise" involves the extent to which the supposedly agreed-upon terms of the bargain are hidden in a prolix printed form drafted by the party seeking to enforce the disputed terms.

87.     The Quora Terms of Service have both.  On the issue of surprise, the liability disclaimers appear near the end of the Terms of Service document—in other words, neither at the front or the back, where users are most likely to see them.  Users are not required to read the Terms

of Service when they sign up for Quora.  All users see is the statement that they are agreeing to the Terms of Service and Privacy Policy by using Quora.  It is fair to say all Plaintiff and the Class would be surprised to find out Defendant disclaimed even the most basic performance characteristics of its products and services.

88.     On the question of oppression, the Terms of Service themselves are contained in an adhesion contract that allows for no form of negotiation or modification.  All of Defendant's users must accept the Terms on a take it or leave it basis.

89.     Substantive unconscionability under California law focuses on the one-sidedness or overly harsh effect of the contract term or clause.  Again, the disclaimers by Quora are inherently one-sided.  Among other things Quora's disclaimers force its customers to agree that Quora's services are being provided "as is," and customers are forced to accept that Quora disclaims any warranties of any kind.  *See,* Ex. D at pp. 8-10.  In other words, Quora was providing Plaintiff and the Class with a service and then forcing those people to agree the service could be completely useless.

90.     In addition, there is no reasonable commercial justification for such broad disclaimers and limitations on liability.  Defendant has obligations under both state and federal law to maintain acceptable levels of data security, so it cannot be commercially reasonable to attempt to evade those legal obligations by way of disclaimers buried in the Terms of Service. Defendant was not selling used products at a yard sale—where an "as is" limitation might be commercially appropriate – it is a technology giant providing internet services which they stated was safe.

91.     Consequential damages are also a clear and well-understood consequence of a data breach, and allowing Quora—an internet titan—to compel individual users who just want to sign up for an account where they can "share knowledge and better understand the world" to disclaim them is a commercially unfair re-allocation of risk.

92.     Further, the disclaimers are unenforceable under Cal. Civ. Code § 1668, which prohibits enforcement of contract terms where the contract attempts to "exempt anyone from

responsibility for his own fraud, or willful injury to the person or property of another, or violation of law, whether willful or negligent …"

93.     Here, to the extent Defendant is seeking to invoke the disclaimers or limitations on liability to avoid responsibility for their violation of several laws, they are "against the policy of the law" and cannot be enforced.

94.     Plaintiff and the Class were harmed as the result of Defendant's breach of contract terms outlined above, resulting in the Data Breach, because their Personal Information was compromised, placing them at a greater risk of identity theft and subjecting them to identity theft, and their Personal Information was disclosed to third parties without their consent. Plaintiff and the Class also suffered diminution in value of their Personal Information in that it is now easily available to hackers.  Plaintiff and the Class have also suffered consequential out of pocket losses for procuring credit freeze or protection services, identity theft monitoring, and other expenses relating to identity theft losses or protective measures.

**COUNT VII**

**Breach of Implied Contracts**

**(In the Alternative to the Claim for Breach of Express Contract)**

95.     Plaintiff incorporates by reference the allegations in the preceding paragraphs as if fully set forth herein.  Plaintiff brings this count on behalf of himself and the Class.

96.     Defendant's choice-of-law provision establishes that California law applies to Plaintiff and all Class members' claims.

97.     To the extent that Defendant's Terms of Service and Privacy Policies did not form express contracts, the opening of a Quora account created implied contracts between Defendant and the user, the terms of which were set forth by the relevant Terms of Service and Privacy Policy.

98.     Defendant breached such implied contracts by failing to adhere to the terms of the applicable Policy, as described above.  Defendant violated its commitment to maintain the

confidentiality and security of the Personal Information of Plaintiff and the Class, and failed to comply with their own policies and industry standards relating to data security.

99.     Plaintiff and the Class were harmed as the result of Defendant's breach of the implied contracts because their Personal Information was compromised, placing them at a greater risk of identity theft and subjecting them to identity theft, and their Personal Information was disclosed to third parties without their consent.  Plaintiff and Class also suffered diminution in value of their Personal Information in that it is now easily available to hackers.  Plaintiff and the Class have also suffered consequential out of pocket losses for procuring credit freeze or protection services, identity theft monitoring, and other expenses relating to identity theft losses or protective measures.  The Class members are further damaged as their Personal Information remains in Defendant's possession, without adequate protection, and is also in the hands of those who obtained it without their consent.

### COUNT VIII

### Breach of the Implied Covenant of Good Faith and Fair Dealing

100.     Plaintiff incorporates by reference the allegations in the preceding paragraphs as if fully set forth herein.  Plaintiff brings this count on behalf of himself and the Class.

101.     Defendant's choice-of-law provision establishes that California law applies to Plaintiff and all Class members' claims.

102.     Under California law there is an implied covenant of good faith and fair dealing in every contract that neither party will do anything which will injure the right of the other to receive the benefits of the agreement.

103.     Under the express and implied terms of the agreements entered into between Defendant and Plaintiff and the Class, Plaintiff and the Class were to benefit through the use of Defendant's services, while Defendant was supposed to benefit through the limited use of users' data for advertising and product enhancement purposes.

104.     Defendant exhibited bad faith through their conscious awareness of and deliberate indifference to the risks to Class members' Personal information by using unsafe security

standards, falling well behind industry standards of cybersecurity, and under-investing in cybersecurity resources despite assurances to its users to the contrary.  In doing so, Defendant acted outside of commercially reasonable norms.

105.    Defendant, by exposing its users to vastly greater and more harmful exploitation of their Personal Information than they had bargained for, breached the implied covenant of good faith and fair dealing with respect to both the specific contractual terms in Quora's Privacy Policy and the implied warranties of its contractual relationships with its users.

106.    Plaintiff and the Class were harmed as the result of Defendant's breach of the implied covenant of good faith and fair dealing because their Personal Information was compromised, placing them at a greater risk of identity theft and their Personal Information was disclosed to third parties without their consent.  Plaintiff and Class members also suffered diminution in value of their Personal Information in that it is now easily available to hackers. Plaintiff and the Class have also suffered consequential out of pocket losses for procuring credit freeze or protection services, identity theft monitoring, and other expenses relating to identity theft losses or protective measures. The Class members are further damaged as their Personal Information remains Defendant's possession, without adequate protection, and is also in the hands of those who obtained it without their consent.

107.    Defendant's misconduct as alleged herein is fraud under Civil Code § 3294(c)(3) in that it was deceit or concealment of a material fact known to Defendant conducted with the intent on the part of Defendant of depriving Plaintiff and the Class of "legal rights or otherwise causing injury." In addition, Defendant's misconduct as alleged herein is malice or oppression under Civil Code § 3294(c)(1) and (2) in that it was despicable conduct carried on by Defendant with a willful and conscious disregard of the rights or safety of Plaintiff and the Class and despicable conduct that has subjected Plaintiff and the Class to cruel and unjust hardship in conscious disregard of their rights. As a result, Plaintiff and the Class are entitled to punitive damages against Defendant under Civil Code § 3294(a).

## COUNT IX

### Unjust Enrichment

108.    Plaintiff incorporates by reference the allegations in the preceding paragraphs as if fully set forth herein.  Plaintiff brings this count on behalf of himself and the Class.

109.    Defendant's choice-of-law provision establishes that California law applies to Plaintiff and all Class members' claims.

110.    Defendant knowingly and deliberately enriched itself by saving the costs it reasonably should have expended on data security measures to secure Plaintiff's and Class members' Personal Information.  Instead of providing a reasonable level of security that would have prevented the Data Breach, Defendant instead calculated to increase its own profits at the expense of Plaintiff and Class members by utilizing cheaper, ineffective security measures. Plaintiff and Class members, on the other hand, suffered as a direct and proximate result of Defendant's decision to prioritize its own profits over the requisite security.

111.    Plaintiff and Class members suffered and will continue to suffer injuries in the form of identity theft, attempted identity theft, the expense in mitigating harms, diminished value of Personal Information, loss of privacy, and nuisance.

112.    Plaintiff, on behalf of himself and the Class members, therefore seek relief in the form of restitution.

## COUNT X

### Declaratory Relief

113.    Plaintiff incorporates by reference the allegations in the preceding paragraphs as if fully set forth herein.  Plaintiff brings this count on behalf of himself and the Class.

114.    Defendant's choice-of-law provision establishes that California law applies to Plaintiff and all Class members' claims.

23.    To the extent Plaintiff and the Class members' claims for express or implied warranties are covered by Quora's Terms of Service, the disclaimer of warranties contained in Paragraph 8 is unconscionable and unenforceable.

24.     To the extent Plaintiff and the Class members' claims are covered by Quora's Terms of Service, the limitation of liability contained in Paragraph 8 is unconscionable and unenforceable.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff demands judgment on behalf of themselves and members of the Classes as follows:

A.     For an order certifying the Nationwide Class and/or California Subclass under Rule 23 of the Federal Rules of Civil Procedure; naming Plaintiff as Class and Subclass representative; and naming Plaintiff's attorneys as Class Counsel representing the Class and Subclass members;

B.     For an order finding in favor of Plaintiff, the nationwide Class, and California Subclass on all counts asserted herein;

C.     For an order awarding compensatory damages, statutory damages and/or restitution in amounts to be determined by the Court and/or jury;

D.     For an order awarding punitive damages where the Court deems proper;

E.     For injunctive relief enjoining the illegals acts detailed herein;

F.     For prejudgment interest on all amounts awarded;

G.     For an order awarding Plaintiff their reasonable attorneys' fees and expenses and costs of suit;

H.     Such other or further relief as the Court may deem appropriate.

## **JURY TRIAL DEMANDED**

Plaintiff demand a trial by jury on all claims so triable.

Dated: January 31, 2019                    Respectfully submitted,


**BURSOR & FISHER, P.A.**

By:_____*/s/ Blair E. Reed*_____
                    Blair E. Reed

L. Timothy Fisher (State Bar No. 191626)
Joel D. Smith (State Bar No. 244902)
Thomas A. Reyda (State Bar No. 312632)
Blair E. Reed (State Bar No. 316791)

1990 North California Blvd., Suite 940
Walnut Creek, CA  94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
Email: ltfisher@bursor.com
jsmith@bursor.com
treyda@bursor.com
breed@bursor.com

*Counsel for Plaintiff*

**EXHIBIT A**

# The New York Times

# *Quora, the Q. and A. Site, Says Data Breach Affected 100 Million Users*

**By Raymond Zhong**

Dec. 4, 2018

Users of Quora, the question-and-answer site, are asking today:

Did my personal data just get stolen?

The social platform said late Monday that the account information and private messages of around 100 million users may have been exposed when its computer systems were compromised by "a malicious third party." Quora discovered the data breach on Friday, the company's chief executive, Adam D'Angelo, wrote in a blog post, and it is still investigating how it happened.

"It is our responsibility to make sure things like this don't happen, and we failed to meet that responsibility," Mr. D'Angelo wrote.

The company noted that the incident was unlikely to result in identity theft, as the site does not collect sensitive information such as credit card or Social Security numbers.

Still, coming less than a week after the hotel chain Marriott announced that hackers had stolen the personal data of up to 500 million guests, the incident serves as another reminder that a vast and expanding swath of our lives is vulnerable to digital intrusion.

Quora commands a huge audience. The company says that 300 million people around the world use its site at least once a month to ask and answer questions about politics, faith, calculus, unrequited love, the meaning of life and more. By comparison, Twitter claims 326 million monthly active users.

But since it blasted onto the social media landscape in 2010, igniting a blaze of interest among tech company employees, Quora has not become the mainstream cultural force that Twitter has, for better or for worse. That is perhaps why some Quora users reacted to news of the security breach with surprise — not that their account information may have been stolen by malicious actors, but that they had a Quora account in the first place.



**Michael Heller**
@MT_Heller

I haven't used Quora in at least 10 years, but I'm sure my account was involved in the breach

> **Chris Welch** @chriswelch
> Replying to @chriswelch
> Oh okay it was only ONE HUNDRED MILLION ACCOUNTS, according to Quora. blog.quora.com/Quora-Security…
>
> Maybe we should just stop signing up for anything forever

2   7:27 PM - Dec 3, 2018

See Michael Heller's other Tweets

---

 **Aaron Patterson**
@tenderlove

Nothing like a data breach to remind me that I have a Quora account

460   4:55 PM - Dec 3, 2018

67 people are talking about this

---

 **Sarah Miller**
@scba

So I get my password reset so I can delete my @Quora account. Finally get logged in and am greeted with a poorly written piece of erotica and now a 504 error. I don't even remember having an account. And now I can't get rid of it.

7   7:34 PM - Dec 3, 2018

See Sarah Miller's other Tweets

---

 **Brian Mitchell**
@BrianMitchL

I got an email about Quora being hacked. I changed my password (as they required me to, good!), and promptly deleted my account. Not really sure why I ever made one in the first place…

4   7:07 PM - Dec 3, 2018 · Minneapolis, MN

See Brian Mitchell's other Tweets

The company seemed to acknowledge such reactions on Monday. A page of frequently asked questions about the attack includes the query: "I didn't know I had a Quora account. How is it that my email or information was exposed?"

Its answer: "You may have signed up for Quora some time ago. While you might not have regularly visited or used Quora, your account remained."

*Follow Raymond Zhong on Twitter: @zhonggg.*

A version of this article appears in print on Dec. 4, 2018, on Page B5 of the New York edition with the headline: Quora Breach Compromised Personal Data Of 100 Million

**EXHIBIT B**

 Home    Answer    Spaces    Notifications   Search Quora      Add Question or Link

**THE QUORA BLOG**

# Quora Security Update

Adam D'Angelo

We recently discovered that some user data was compromised as a result of unauthorized access to one of our systems by a malicious third party. We are working rapidly to investigate the situation further and take the appropriate steps to prevent such incidents in the future.

We also want to be as transparent as possible without compromising our security systems or the steps we're taking, and in this post we'll share what happened, what information was involved, what we're doing, and what you can do.

We're very sorry for any concern or inconvenience this may cause.

**What happened**

On Friday we discovered that some user data was compromised by a third party who gained unauthorized access to one of our systems. We're still investigating the precise causes and in addition to the work being conducted by our internal security teams, we have retained a leading digital forensics and security firm to assist us. We have also notified law enforcement officials.

While the investigation is still ongoing, we have already taken steps to contain the incident, and our efforts to protect our users and prevent this type of incident from happening in the future are our top priority as a company.

**What information was involved**

For approximately 100 million Quora users, the following information may have been compromised:

- Account information, e.g. name, email address, encrypted password (hashed using bcrypt with a salt that varies for each user), data imported from linked networks when authorized by users

- Public content and actions, e.g. questions, answers, comments, upvotes

- Non-public content and actions, e.g. answer requests, downvotes, direct messages (note that a low percentage of Quora users have sent or received such messages)

Questions and answers that were written anonymously are not affected by this breach as we do not store the identities of people who post anonymous content.

The overwhelming majority of the content accessed was already public on Quora, but the compromise of account and other private information is serious.

**What we are doing**

While our investigation continues, we're taking additional steps to improve our security:

- We're in the process of notifying users whose data has been compromised.

- Out of an abundance of caution, we are logging out all Quora users who may have been affected, and, if they use a password as their authentication method, we are invalidating their passwords.

Case 5:19-cv-00566-BLF Document 1 Filed 01/31/19 Page 29 of 56

 Home    Answer    Spaces    Notifications   | Search Quora |      Add Question or Link

security improvements.

We will continue to work both internally and with our outside experts to gain a full understanding of what happened and take any further action as needed.

**What you can do**

We've included more detailed information about more specific questions you may have in our help center, which you can find here .

If you were affected, we will update you with relevant details via email.

While the passwords were encrypted (hashed using bcrypt with a salt that varies for each user), it is generally a best practice not to reuse the same password across multiple services, and we recommend that people change their passwords if they are doing so.

**Conclusion**

It is our responsibility to make sure things like this don't happen, and we failed to meet that responsibility. We recognize that in order to maintain user trust, we need to work very hard to make sure this does not happen again. There's little hope of sharing and growing the world's knowledge if those doing so cannot feel safe and secure, and cannot trust that their information will remain private. We are continuing to work very hard to remedy the situation, and we hope over time to prove that we are worthy of your trust.

201,220 views · 1,667 upvotes · Posted Dec 3

 Upvote · 1.6k     Downvote          

**EXHIBIT C**

From: The Quora Team <noreply@quora.com>

████████████████████

Sent: Mon, Dec 3, 2018 7:01 pm
Subject: Quora Security Update

Dear Rick Musgrave,

We are writing to let you know that we recently discovered that some user data was compromised as a result of unauthorized access to our systems by a malicious third party. We are very sorry for any concern or inconvenience this may cause. We are working rapidly to investigate the situation further and take the appropriate steps to prevent such incidents in the future.

**What Happened**

On Friday we discovered that some user data was compromised by a third party who gained unauthorized access to our systems. We're still investigating the precise causes and in addition to the work being conducted by our internal security teams, we have retained a leading digital forensics and security firm to assist us. We have also notified law enforcement officials.

While the investigation is still ongoing, we have already taken steps to contain the incident, and our efforts to protect our users and prevent this type of incident from happening in the future are our top priority as a company.

**What information was involved**

The following information of yours may have been compromised:

- Account and user information, e.g. name, email, IP, user ID, encrypted password, user account settings, personalization data

- Public actions and content including drafts, e.g. questions, answers, comments, blog posts, upvotes

- Data imported from linked networks when authorized by you, e.g. contacts, demographic information, interests, access tokens (now invalidated)

Questions and answers that were written anonymously are not affected by this breach as we do not store the identities of people who post anonymous content.

**What we are doing**

While our investigation continues, we're taking additional steps to improve our security:

- We're in the process of notifying users whose data has been compromised.
- Out of an abundance of caution, we are logging out all Quora users who may have been affected, and, if they use a password as their authentication method, we are invalidating their passwords.
- We believe we've identified the root cause and taken steps to address the issue, although our investigation is ongoing and we'll continue to make security improvements.

We will continue to work both internally and with our outside experts to gain a full understanding of what happened and take any further action as needed.

**What you can do**

We've included more detailed information about more specific questions you may have in our help center, which you can find here.

While the passwords were encrypted (hashed with a salt that varies for each user), it is generally a best practice not to reuse the same password across multiple services, and we recommend that people change their passwords if they are doing so.

**Conclusion**

It is our responsibility to make sure things like this don't happen, and we failed to meet that responsibility. We recognize that in order to maintain user trust, we need to work very hard to make sure this does not happen again. There's little hope of sharing and growing the world's knowledge if those doing so cannot feel safe and secure, and cannot trust that their information will remain private. We are continuing to work very hard to remedy the situation, and we hope over time to prove that we are worthy of your trust.

The Quora Team

This email was sent by Quora (650 Castro Street #450, Mountain View, CA 94041).You are receiving this email because you are registered on Quora.com with this email address, and this is a necessary legal or administrative message to our users.https://www.quora.com/

**EXHIBIT D**

# Terms of Service

### An Introduction to Quora's Terms of Service

Welcome to Quora! Here is a quick summary of the highlights of our *Terms of Service*:

- ***Our mission is to share and grow the world's knowledge.*** The Quora platform offers a place to ask questions and connect with people who contribute unique insights and quality answers. This empowers people to learn from each other and to better understand the world.

- **You own the content that you post;** you also grant us and other users of the Quora platform certain rights and license to use it. The details of these licenses are described in section 3(c) below.

- **You are responsible for the content that you post.** This includes ensuring that you have the rights needed for you to post that content and that your content does not violate the legal rights of another party (for example, defamation) or any applicable laws.

- **You can repost content from Quora elsewhere,** provided that you attribute the content back to the Quora platform and respect the rights of the original poster, including any "not for reproduction" designation.

- **We do not endorse or verify content posted by users.** Our content and materials are provided to you "as is," without any guarantees. You are solely responsible for your own use of the Quora platform. Posts from lawyers, doctors, and other professionals should not be treated as a substitute for professional advice for your specific situation.

- **You agree to follow the rules of our platform.** When you use the Quora platform, you also agree to our Terms of Service, accept our *Privacy Policy*, and agree to follow our *Acceptable Use Policy*, *Copyright Policy*, and *Trademark Policy*.

- **We offer tools for you to give feedback and report complaints.** If you think someone has violated your intellectual property rights, other laws, or Quora's policies, you can initiate a report at the contact us portal or by using our in-product reporting tool.

We are pleased that you want to join the Quora platform and encourage you to read the full *Terms of Service*.

Welcome to Quora! Quora is a platform to gain and share knowledge, empowering people to learn from others and better understand the world.

These terms of service ("Terms of Service") sets forth the agreement ("Agreement") between you and Quora, Inc. ("Quora" "we" or "us"). It governs your use of the products and services we offer through our web and applications (collectively the "Quora Platform").

Please make sure to read it, because, by using the Quora Platform, you consent to these terms.

1. **The Mission of the Quora Platform**

   ***Quora's mission is to share and grow the world's knowledge***. The Quora Platform is a place to ask questions and connect with people who contribute unique insights and quality answers. This empowers people to learn from each other and to better understand the world.

2. **Using the Quora Platform**

   a. **Who Can Use It.** Use of the Quora Platform by anyone under 13 years of age is prohibited. You represent that you are at least the age of majority in the jurisdiction where you live or, if you are not, your parent or legal guardian must consent to this Terms of Service and affirm that they accept this Agreement on your behalf and bear responsibility for your use.

   b. **Registration.** When you set up a profile on the Quora Platform, you will be asked to provide certain information about yourself. You agree to provide us accurate information, including your real name, when you create your account on the Quora Platform. We will treat information you provide as part of registration in accordance with our *Privacy Policy*. You should take care in maintaining the confidentiality of your password.

   c. **Privacy Policy.** Our privacy practices are set forth in our *Privacy Policy*. By use of the Quora Platform, you agree to accept our *Privacy Policy*, regardless of whether you are a registered user.

   d. **Acceptable Use Policy.** In your interaction with others on the Quora Platform, you agree to follow the *Acceptable Use Policy* at all times.

   e. **Termination.** You may close your account at any time by going to account settings and disabling your account. We may terminate or suspend your Quora account if you violate any Quora policy or for any other reason.

and may do so without notice to you.

g. **Feedback.** We welcome your feedback and suggestions about how to improve the Quora Platform. Feel free to submit feedback at quora.com/contact. By submitting feedback, you agree to grant us the right, at our discretion, to use, disclose and otherwise exploit the feedback, in whole or part, freely and without compensation to you.

3. **Your Content**

a. **Definition of Your Content.** The Quora Platform enables you to add posts, texts, photos, videos, links, and files to share with others. All material that you upload, publish or display to others via the Quora Platform will be referred to collectively as "Your Content." You acknowledge and agree that, as part of using the Quora Platform, Your Content may be viewed by the general public.

b. **Ownership. You, or your licensors, as applicable, retain ownership of the copyright and other intellectual property in Your Content, subject to the non-exclusive rights granted to us below.**

c. **License and Permission to Use Your Content.**

i. By submitting, posting, or displaying Your Content on the Quora Platform, you grant Quora and its affiliated companies a nonexclusive, worldwide, royalty free, fully paid up, transferable, sublicensable (through multiple tiers), license to use, copy, reproduce, process, adapt, modify, create derivative works from, publish, transmit, store, display and distribute, translate, communicate and make available to the public, and otherwise use Your Content in connection with the operation or use of the Quora Platform or the promotion, advertising or marketing of the Quora Platform or our business partners, in any and all media or distribution methods (now known or later developed). You agree that this license includes the right for Quora to make Your Content available to other companies, organizations, business partners, or individuals who collaborate with Quora for the syndication, broadcast, communication and making available to the public, distribution or publication of Your Content on the Quora Platform or through other media or distribution methods. This license also includes the right for other users of the Quora Platform to use, copy, reproduce, adapt, modify, create derivative works from, publish, transmit, display, and distribute, translate, communicate and make available to the public Your Content, subject to our Terms of Service. If you do not wish to allow your answers to be translated by other users, you can globally opt-out of translation in your profile settings or you can designate certain answers not for translation.

in the case of anonymously posted answers. However, we may not be able to control removal of the answer from display on syndicated channels or other previously distributed methods outside of www.quora.com. Quora may remove suspected spam from your answers. Once you post a question, it may be edited or deleted by other users or by Quora at any time. Any edits and changes made by you may be visible to other users. The right for Quora to copy, display, transmit, publish, perform, distribute, store, modify, and otherwise use any question you post, and sublicense those rights to others, is perpetual and irrevocable, to the maximum extent permitted by law, except as otherwise specified in this Agreement.

iii. You acknowledge and agree that Quora may preserve Your Content and may also disclose Your Content and related information if required to do so by law or in the good faith belief that such preservation or disclosure is reasonably necessary to: (a) comply with legal process, applicable laws or government requests; (b) enforce these Terms of Service; (c) respond to claims that any of Your Content violates the rights of third parties; (d) detect, prevent, or otherwise address fraud, security or technical issues; or (e) protect the rights, property, or personal safety of Quora, its users, or the public.

iv. You understand that we may modify, adapt, or create derivative works from Your Content in order to transmit, display or distribute it over computer networks, devices, service providers, and in various media. We also may remove or refuse to publish Your Content, in whole or part, at any time.

v. You further give us the permission and authority to act as your nonexclusive agent to take enforcement action against any unauthorized use by third-parties of any of Your Content outside of the Quora Platform or in violation of our Terms of Service.

d. **Your Responsibilities for Your Content.** By posting Your Content on the Quora Platform, you represent and warrant to us that: i) you have the ownership rights, or you have obtained all needed licenses or permissions from any necessary parties, to use Your Content and grant us the rights to use Your Content as provided for under this Agreement, and ii) that posting Your Content violates no intellectual property or personal right of others or any applicable law or regulation. You accept full responsibility for avoiding infringement of the intellectual property or personal rights of others or violation of laws and regulations in connection with Your Content. You are responsible for ensuring that Your Content does not violate Quora's

About　　Careers　　Press　　Businesses　　Blog

royalties, fees, and any other monies owed to any person by reason of Your Content.

4. **Our Content and Materials**

a. **Definition of Our Content and Materials.** All intellectual property in or related to the Quora Platform (specifically including, but not limited to our software, the Quora marks, the Quora logo, but excluding Your Content) is the property of Quora Inc., or its subsidiaries and affiliates, or content posted by other Quora users licensed to us (collectively "Our Content and Materials").

b. **Data.** All data Quora collects ("Data") about use of the Quora Platform by you or others is the property of Quora Inc., its subsidiaries, and affiliates. For clarity, Data does not include Your Content and is separate from Our Content and Materials.

c. **Our License to You.**

   i. We grant you a limited, non-exclusive license to use and access Our Content and Materials and Data as made available to you on the Quora Platform in connection with your use of the Quora Platform, subject to the terms and conditions of this Agreement.

   ii. Quora gives you a worldwide, royalty-free, revocable, non-assignable and non-exclusive license to re-post Our Content and Materials anywhere on the web provided that: (a) the content in question was added to the Quora Platform after April 22, 2010; (b) the user who created the content has not explicitly marked the content as not for reproduction on the Quora Platform; (c) you do not modify the content; (d) you attribute Quora by name in readable text and with a human and machine-followable link (an HTML <a> anchor tag) linking back to the page displaying the original source of the content on http://quora.com on every page that contains Our Content and Materials; (e) upon request, either by Quora or a user, you remove the user's name from content which the user has subsequently made anonymous; (f) upon request, either by Quora or by a user who contributed to the content, you make a reasonable effort to update a particular piece of content to the latest version on the Quora Platform; and (g) upon request, either by Quora or by a user who contributed to the content, you make a reasonable attempt to delete content that has been deleted or marked as not for reproduction on the Quora Platform; (h) you don't republish more than a small portion of Our Content and Materials. In exercising these rights, you may not implicitly or explicitly assert any connection with, sponsorship or endorsement by

iii. We may terminate our license to you at any time for any reason. We have the right but not the obligation to refuse to distribute any content on the Quora Platform or to remove content. Except for the rights and license granted in these terms, we reserve all other rights and grant no other rights or licenses, implied or otherwise.

d. **Permitted uses.** If you operate a search engine, web crawler, bot, scraping tool, data mining tool, bulk downloading tool, wget utility, or similar data gathering or extraction tool, you may access the Quora Platform, subject to the following additional rules: i) you must use a descriptive user agent header; ii) you must follow robots.txt at all times; iii) your access must not adversely affect any aspect of the Quora Platform's functioning; and iv) you must make it clear how to contact you, either in your user agent string, or on your website if you have one.

e. **No Endorsement or Verification.** Please note that the Quora Platform contains access to third-party content, products and services, and it offers interactions with third parties. Participation or availability on the Quora Platform does not amount to endorsement or verification by us. We make no warranties or representations about the accuracy, completeness, or timeliness of any content posted on the Quora Platform by anyone.

f. **Ownership.** You acknowledge and agree that Our Content and Materials remain the property of Quora's users or Quora. The content, information and services made available on the Quora Platform are protected by U.S. and international copyright, trademark, and other laws, and you acknowledge that these rights are valid and enforceable.

5. **Integrated Service Provider**

You may enable another online service provider, such as a social networking service ("Integrated Service Provider"), to be directly integrated into your account on the Quora Platform. By enabling an integrated service, you are allowing us to pass to, and receive from, the Integrated Service Provider your log-in information and other user data. For more information about Quora's use, storage, and disclosure of information related to you and your use of integrated services within Quora, please see our *Privacy Policy*. Note that your use of any Integrated Service Provider and its own handling of your data and information is governed solely by their terms of use, privacy policies, and other policies.

6. **More About Certain Offerings on the Quora Platform**

You can opt-out of receipt of the digest, and adjust other communication settings, by going to "Email and Notification" settings in your account profile, as further described in our *Privacy Policy*.

b. **Advertisements.** The Quora Platform may include advertisements, which may be targeted to content or information on the Quora Platform, queries made through the Quora Platform, or other information, in an effort to make them relevant to you. The types and extent of advertising by Quora are subject to change. In consideration for Quora granting you access to and use of the Quora Platform, you agree that Quora and its third party providers and partners may place such advertising on the Quora Platform. If you wish to become an advertiser, you will be required to enter into separate and supplemental terms with us about providing advertising services on the Quora Platform.

c. **Legal, Medical & Other Professional Contributors.** Some users who post content are members of legal, medical, and other licensed professions (collectively, "Professional Contributors"). Content posted by Professional Contributors should be not be relied on as a substitute for advice from a professional that is appropriate for your specific situation. Quora has provided certain disclaimer template language that Professional Contributors may edit and incorporate in their answers. Ethics rules differ by state or location, and it is the responsibility of Professional Contributors to determine and provide disclaimers appropriate for their profession and the content provided.

d. **Buttons, Links and Widgets.** You have permission to use Quora's buttons, links, and widgets, subject to these Terms of Service (including the disclaimers and limitations of liability) and provided that: (a) your use of such buttons, links and widgets link only to the Quora Platform; (b) you will not modify such buttons, links, or widgets or associated code in any manner; (c) you will not use any such buttons, links, or widgets in any manner which implies or suggests that Quora endorses, sponsors, or recommends the website on which such buttons, links and widgets are used; and (d) the use of such buttons, links and widgets, and the website on which such buttons, links and widgets are used do not violate Quora's *Acceptable Use Policy*.

e. **Web resources and third-party services.** The Quora Platform may also offer you the opportunity to visit links to other websites or to engage with third-party products or services. You assume all risk arising out of your use of such websites or resources.

f. **Services that Require Separate Agreement.** Certain features or services may require that you enter into a separate and supplemental written

7. **Reporting Violations of Your Intellectual Property Rights, Quora Policies, or Applicable Laws**

We have a special process for reporting violations of your intellectual property rights or other violations of Quora policies or applicable laws.

    a. **Copyright Policy and Trademark Policy.** We have adopted and implemented a *Copyright Policy* and *Trademark Policy*. For more information, including detailed information about how to submit a request for takedown if you believe content on the Quora Platform infringes your intellectual property rights, please read our *Copyright Policy* and *Trademark Policy*. For your convenience, we provide you the following *Copyright Infringement Claim Form* and *Trademark Infringement Claim Form*, which you should use, as applicable, for fastest processing.

    b. **Reports of Other Violations**. If you believe content on the Quora Platform violates Quora's *Acceptable Use Policy* or otherwise violates applicable law (apart from copyright or trademark violations) or other Quora policies, you may submit the following *Other Infringement Claim Form*.

    We have no obligation to delete content that you personally may find objectionable or offensive. We endeavor to respond promptly to requests for content removal, consistent with our policies and applicable law.

8. **DISCLAIMERS AND LIMITATION OF LIABILITY**

**PLEASE READ THIS SECTION CAREFULLY SINCE IT LIMITS THE LIABILITY OF QUORA ENTITIES TO YOU.**

"QUORA ENTITIES" MEANS QUORA INC., AND ANY SUBSIDIARIES, AFFILIATES, RELATED COMPANIES, SUPPLIERS, LICENSORS AND PARTNERS, AND THE OFFICERS, DIRECTORS, EMPLOYEES, AGENTS AND REPRESENTATIVES OF EACH OF THEM. EACH PROVISION BELOW APPLIES TO THE MAXIMUM EXTENT PERMITTED UNDER APPLICABLE LAW.

    a. WE ARE PROVIDING YOU THE QUORA PLATFORM, ALONG WITH OUR CONTENT AND MATERIALS AND THE OPPORTUNITY TO CONNECT WITH OTHERS, ON AN "AS IS" AND "AS AVAILABLE" BASIS, WITHOUT WARRANTY OF ANY KIND, EXPRESS OR IMPLIED. WITHOUT LIMITING THE FOREGOING, QUORA ENTITIES EXPRESSLY DISCLAIM ANY AND ALL WARRANTIES AND CONDITIONS OF MERCHANTABILITY, TITLE, ACCURACY AND COMPLETENESS, UNINTERRUPTED OR ERROR-FREE SERVICE, FITNESS FOR A PARTICULAR PURPOSE, QUIET ENJOYMENT, NON-INFRINGEMENT, AND ANY WARRANTIES ARISING OUT OF COURSE OF DEALING OR TRADE USEAGE.

THIRD PARTY; (ii) ANY THIRD-PARTY WEBSITE, THIRD-PARTY PRODUCT, OR THIRD-PARTY SERVICE LISTED ON OR ACCESSIBLE TO YOU THROUGH THE QUORA PLATFORM, INCLUDING AN INTEGRATED SERVICE PROVIDER OR PROFESSIONAL CONTRIBUTOR; (iii) THE QUALITY OR CONDUCT OF ANY THIRD PARTY YOU ENCOUNTER IN CONNECTION WITH YOUR USE OF THE QUORA PLATFORM; OR (iv) UNAUTHORIZED ACCESS, USE OR ALTERATION OF YOUR CONTENT. QUORA MAKES NO WARRANTY THAT: (a) THE QUORA PLATFORM WILL MEET YOUR REQUIREMENTS; (b) THE QUORA PLATFORM WILL BE UNINTERRUPTED, TIMELY, SECURE, OR ERROR-FREE; (c) THE RESULTS OR INFORMATION THAT YOU MAY OBTAIN FROM THE USE OF THE QUORA PLATFORM, A PROFESSIONAL CONTRIBUTOR, OR ANY OTHER USER WILL BE ACCURATE OR RELIABLE; OR (d) THE QUALITY OF ANY PRODUCTS, SERVICES, INFORMATION, OR OTHER MATERIAL OBTAINED OR PURCHASED BY YOU THROUGH THE QUORA PLATFORM WILL BE SATISFACTORY.

c. YOU AGREE THAT TO THE MAXIMUM EXTENT PERMITTED BY LAW, QUORA ENTITIES WILL NOT BE LIABLE TO YOU UNDER ANY THEORY OF LIABILITY. WITHOUT LIMITING THE FOREGOING, YOU AGREE THAT, TO THE MAXIMUM EXTENT PERMITTED BY LAW, QUORA ENTITIES SPECIFICALLY WILL NOT BE LIABLE FOR ANY INDIRECT, INCIDENTAL, CONSEQUENTIAL, SPECIAL, OR EXEMPLARY DAMAGES, LOSS OF PROFITS, BUSINESS INTERRUPTION, REPUTATIONAL HARM, OR LOSS OF DATA (EVEN IF WE HAVE BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES OR SUCH DAMAGES ARE FORESEEABLE) ARISING OUT OF OR IN ANY WAY CONNECTED WITH YOUR USE OF, OR INABILITY TO USE, THE QUORA PLATFORM.

d. YOUR SOLE REMEDY FOR DISSATISFACTION WITH THE QUORA PLATFORM IS TO STOP USING THE QUORA PLATFORM.

e. WITHOUT LIMITING THE FOREGOING, QUORA'S MAXIMUM AGGREGATE LIABILITY TO YOU FOR LOSSES OR DAMAGES THAT YOU SUFFER IN CONNECTION WITH THE QUORA PLATFORM OR THIS AGREEMENT IS LIMITED TO THE AMOUNT PAID TO QUORA IN CONNECTION WITH THE QUORA PLATFORM IN THE TWELVE (12) MONTHS PRIOR TO THE ACTION GIVING RISE TO LIABILITY.

f. SOME JURISDICTIONS DO NOT ALLOW LIMITATIONS ON IMPLIED WARRANTIES OR EXCLUSION OF LIABILITY FOR CERTAIN TYPES OF DAMAGES. AS A RESULT, THE ABOVE LIMITATIONS OR EXCLUSIONS MAY NOT APPLY TO YOU IN WHOLE OR IN PART, AND THE FOREGOING SECTIONS 8(c), 8(d), AND 8(e) WILL NOT APPLY TO A RESIDENT OF NEW

OR INTENTIONAL MISCONDUCT.

9. **Indemnification**

You agree to release, indemnify, and defend Quora Entities from all third-party claims and costs (including reasonable attorneys' fees) arising out of or related to: i) your use of the Quora Platform, ii) Your Content, iii) your conduct or interactions with other users of the Quora Platform, or iv) your breach of any part of this Agreement. We will promptly notify you of any such claim and will provide you (at your expense) with reasonable assistance in defending the claim. You will allow us to participate in the defense and will not settle any such claim without our prior written consent. We reserve the right, at our own expense, to assume the exclusive defense of any matter otherwise subject to indemnification by you. In that event, you will have no further obligation to defend us in that matter.

10. **Dispute Resolution**

This Agreement and any action arising out of your use of the Quora Platform will be governed by the laws of the State of California without regard to or application of its conflict of law provisions or your state or country of residence. Unless submitted to arbitration as set forth in the following paragraph, all claims, legal proceedings or litigation arising in connection with your use of the Quora Platform will be brought solely in Santa Clara County, California, and you consent to the jurisdiction of and venue in such courts and waive any objection as to inconvenient forum.

For any claim (excluding claims for injunctive or other equitable relief) under this Agreement where the total amount of the award sought is less than $10,000 USD, the party requesting relief may elect to resolve the dispute through binding non-appearance-based arbitration. The party electing such arbitration will initiate the arbitration through an established alternative dispute resolution ("ADR") provider mutually agreed upon by the parties. The ADR provider and the parties must comply with the following rules: a) the arbitration shall be conducted by telephone, online and/or be solely based on written submissions, as selected by the party initiating the arbitration; b) the arbitration will not involve any personal appearance by the parties or witnesses unless otherwise mutually agreed by the parties; and c) any judgment on the award rendered by the arbitrator may be entered in any court of competent jurisdiction.

11. **General Terms**

and *Trademark Policy* that are incorporated into this Agreement) at any time, in our sole discretion. If we amend material terms to this Agreement, such amendment will be effective after we send you notice of the amended agreement. Such notice will be in our sole discretion, and the manner of notification could include, for example, via email, posted notice on the Quora Platform, or other manner. You can view the Agreement and our main policies at any time *here*. Your failure to cancel your account, or cease use of the Quora Platform, after receiving notification of the amendment, will constitute your acceptance of the amended terms. If you do not agree to the amendments or to any of the terms in this Agreement, your only remedy is to cancel your account or to cease use of the Quora Platform.

b. **Governing Law and Jurisdiction.** You agree that Quora is operated in the United States and will be deemed to be solely based in California and a passive service for purposes of jurisdictional analysis. For any claims for which arbitration is inapplicable, you agree that such claims will be brought in federal or state court in Santa Clara County, California and governed by laws of the state of California and federal law, without regard to any conflict of law provisions.

c. **Use Outside of the United States.** Quora expressly disclaims any representation or warranty that the Quora Platform complies with all applicable laws and regulations outside of the United States. If you use the Quora Platform outside of the United States, you expressly understand and agree that you are responsible for determining compliance with different laws, regulations, or customs that may apply in connection with your use of the Quora Platform.

d. **Export.** The Quora Platform is controlled and operated from our United States offices in California. Quora software is subject to United States export controls. No software for Quora may be downloaded or otherwise exported or re-exported in violation of any applicable laws or regulations. You represent that you are not (1) located in a country that is subject to a U.S. government embargo, or that has been designated by the U.S. government as a "terrorist supporting" country, and (2) listed on any U.S. government list of prohibited or restricted parties.

e. **Applications and Mobile Devices.** If you access the Quora Platform through a Quora application, you acknowledge that this Agreement is between you and Quora only, and not with another application service provider or application platform provider (such as Apple Inc. or Google Inc.), which may provide you the application subject to its own terms. To the extent you access the Quora Platform through a mobile device, your wireless carrier's standard charges, data rates, and other fees may apply.

Content), Section4(a)-(b) and (d)-(f)(Our Content and Materials), Section 8 (Disclaimers and Limitation of Liability), Section 9 (Indemnification), Sections 10 (Dispute Resolution), and Section 11 (General Terms).

g. **Notice for California Users.** Under California Civil Code Section 1789.3, California web users are entitled to the following specific consumer rights notice: The Quora Platform is provided by Quora, Inc., located in Mountain View, California. If you have a question or complaint regarding the Quora Platform, please contact Quora at support@quora.com   . California residents may reach the Department of Consumer Affairs Consumer Information Division at 1625 N. Market Blvd., Suite S-202, Sacramento, California 95834, or by telephone at (916) 445-1254 or (800) 952-5210 or Hearing Impaired at TDD (800) 326-2297 or TDD (916) 322-1700.

h. **Government End Users.** Any Quora software and related documentation are "Commercial Items," as that term is defined at 48 C.F.R. §2.101, consisting of "Commercial Computer Software" and "Commercial Computer Software Documentation," as such terms are used in 48 C.F.R. §12.212 or 48 C.F.R. §227.7202 (as applicable). Consistent with 48 C.F.R. §12.212 or 48 C.F.R. §227.7202-1 through 227.7202-4 (as applicable), the Commercial Computer Software and Commercial Computer Software Documentation are being licensed to U.S. government end users: (i) only as Commercial Items; and (ii) with only those rights as are granted to all other end users pursuant to this Agreement.

i. **Assignment.** You may not assign or transfer this Agreement (or any of your rights or obligations under this Agreement) without our prior written consent; any attempted assignment or transfer without complying with the foregoing will be void. We may freely assign or transfer this Agreement. This Agreement inures to the benefit of and is binding upon the parties and their respective legal representatives, successors, and assigns.

j. **Electronic Communications.** You consent to receive communications from us by email in accordance with this Agreement and applicable law. You acknowledge and agree that all agreements, notices, disclosures and other communications that we provide to you electronically will satisfy any legal requirement that such communications be in writing.

k. **Entire Agreement/ Severability.** This Agreement supersedes all prior terms, agreements, discussions and writings regarding the Quora Platform and constitutes the entire agreement between you and us regarding the Quora Platform (except as to services that require separate written agreement with us, in addition to this Agreement). If any provision in this Agreement is found to be unenforceable, then that provision will not affect

l. **Interpretation.** In construing or interpreting the terms of this Agreement: (i) the headings in this Agreement are for convenience only, and are not to be considered, and (ii) no presumption is to operate in either party's favor as a result of its counsel's role in drafting this Agreement.

m. **Notices.** All notices permitted or required under this Agreement, unless specified otherwise in this Agreement, must be sent in writing as follows in order to be valid: (i) if to you, by us via email to the address associated with your account, and (ii) if to us, by you via Legal@Quora.com   . Notices will be deemed given (a) if to you, when emailed, and (b) if to us, on receipt by us.

n. **Relationship.** This Agreement does not create a joint venture, agency, partnership, or other form of joint enterprise between you and us. Except as expressly provided herein, neither party has the right, power, or authority to create any obligation or duty, express or implied, on behalf of the other.

o. **Waiver.** No waiver of any terms will be deemed a further or continuing waiver of such term or any other term. Our failure to assert a right or provision under this Agreement will not constitute a waiver of such right or provision.

p. **Further Assurances.** You agree to execute a hard copy of this Agreement and any other documents, and to take any actions at our expense that we may request to confirm and effect the intent of this Agreement and any of your rights or obligations under this Agreement.

q. **Contact.** Feel free to contact us through quora.com/contact with any questions about these terms. Quora is a Delaware corporation, located at 650 Castro Street, Suite 450, Mountain View, CA 94041.

## Prior Versions

**EXHIBIT E**

# Privacy Policy

*Last updated: May 18, 2018*

Quora recognizes that your privacy is very important and we take it seriously. This Privacy Policy ("Privacy Policy") describes our policies and procedures on the collection, use, disclosure, and sharing of your personal information or personal data when you use the Quora Platform. This Privacy Policy applies to activities by Quora, Inc. and its affiliates and subsidiaries (collectively "Quora," "we" or "us"). Capitalized terms that are not defined in this Privacy Policy have the meaning given to them in our Terms of Service.

**The Information We Collect**

We collect information directly from individuals, from third parties, and automatically through the Quora Platform.

***Account and Profile Information:*** When you create an account and profile on the Quora Platform, we collect your name, contact information, and other information you provide, such as topics that you know about or find interesting. Your name, photo, and any other information that you choose to add to your public-facing profile will be available for viewing to users of the Quora Platform. Once you create a profile, other users will be able to see in your profile certain information about your activity on the Quora Platform, such as the questions and answers you post, your followers and who you follow, topics of interest to you, the information you list as credentials, and your edits to Your Content. For more information about your choices for publicly displayed information, see the section below about Your Choices.

***Your Content:*** We collect and store the information and content that you post to the Quora Platform, including your questions, answers, photos, and comments. Unless you have posted certain content anonymously, Your Content, date and time stamps, and all associated comments are publicly viewable on the Quora Platform, along with your name. This also may be indexed by search engines and be republished elsewhere on the Internet in accordance with our Terms of Service. For more information about what you can change, see the below section on Your Choices.

***Communications.*** When you communicate with us (via email, phone, through the Quora Platform, or otherwise), we may maintain a record of your communication.

***Integrated Service Provider and Linked Networks.*** You can elect to sign in or sign up to the Quora Platform through a linked network (i.e.Facebook or Google), and you can

connect a Linked Network, we receive certain profile and account information about you from the Linked Network. These Linked Networks may also appear in your profile, so that people can find you on these Linked Networks. The specific information provided to us by Linked Networks is determined by these third parties and may vary by network. In all cases, the permissions page for the Linked Network will describe the information being shared. You should consult their respective privacy policies for information about their practices. You may elect to use information from the Linked Network to populate your profile on the Quora Platform and help you find and follow your contacts on the Quora Platform. For information on your choices, including how to disconnect a Linked Network from your Quora profile, see the "Your Choices" section below. You may also elect to connect and make and receive payments to and from use through third party networks ("Integrated Service Provider"); if you do so, you will be allowing us to pass to and receive from the Integrated Service Provider your login information and other user data for payment purposes.

***Automatically Collected Information About Your Activity.*** We use cookies, log files, pixel tags, local storage objects, and other tracking technologies to automatically collect information about your activities, such as your searches, page views, date and time of your visit, and other information about your use of the Quora Platform. We also collect and may store information that your computer or mobile device provides to us in connection with your use of the Quora Platform such as your browser type, type of computer or mobile device, browser language, IP address, mobile carrier, unique device identifier, location, and requested and referring URLs. We also receive information when you view content on or otherwise interact with the Quora Platform, even if you have not created an account. For more information, see the "Cookies, Pixels and Tracking" section below and our Cookie Policy.

***Engagement.*** We collect browsing information – such as IP address and location, date and time stamp, user agent, Quora cookie ID (if applicable), URL, unique advertising or content identifiers (if applicable) and time zone, and other information about user activities on the Quora Platform, as well as on third party sites and services that have embedded our Quora pixels ("Pixels"), widgets, plug-ins, buttons, or related services. See the section below about Quora Ads and Personalization for more detailed information about how our Pixels may be used by publishers or users of our advertising services ("Ad Services") on the Quora Platform to enable personalization, as well as your choices related to advertising and personalization. We may also receive information about you from third parties, such as other users, partners (including ad partners), or our affiliated companies.

### How We Use Your Information

We do not sell your personal data – such as your name and contact information – to third parties to use for their own marketing purposes. Quora uses the information we

About    Careers    Press    Businesses    Blog

provide our services. To provide you the services we offer on the Quora Platform, communicate with you about your use of the Quora Platform, respond to your inquiries, provide troubleshooting, and for other customer service purposes.

- Personalization. To tailor the content and information that we may send or display to you in the Quora Platform, to suggest followers and content, to offer location customization, and personalized help and instructions, and to otherwise personalize your experiences while using the Quora Platform.

- Advertising. To display interest-based advertising to you in the Quora Platform, to improve our advertising and measurement systems so we can show you relevant ads, and to measure the effectiveness and reach of ads and services. For more information, see the Ad Services section below about Quora Ads and Personalization.

- Marketing and Promotions. For marketing and promotional purposes, such as to send you news and newsletters, special offers, and promotions, or to otherwise contact you about products or information we think may interest you, including information about third party products and services.

- Analytics. To gather metrics to better understand how users access and use the Quora Platform; to evaluate and improve the Quora Platform, including the Ad Services and personalization, and to develop new products and services.

- Comply with Law. To comply with legal obligations, as part of our general business operations, and for other business administration purposes.

- Prevent Misuse. Where we believe necessary to investigate, prevent or take action regarding illegal activities, suspected fraud, situations involving potential threats to the safety of any person or violations of our Terms of Service or this Privacy Policy.

**How We Share Your Information**

We share information as set forth below, and where individuals have otherwise consented:

*Service Providers.* We may share your information with third party service providers who use this information to perform services for us, such as payment processors, hosting providers, auditors, advisors, consultants, customer service and support providers, as well as those who assist us in providing the Ad Services.

*Affiliates*. The information collected about you may be accessed by or shared with subsidiaries and affiliates of Quora, Inc., whose use and disclosure of your personal information is subject to this Privacy Policy.

restructuring of all or part of our business, bankruptcy, or similar event.

**Legally Required.** We may disclose your information if we are required to do so by law.

**Protection of Rights.** We may disclose information where we believe it necessary to respond to claims asserted against us or, comply with legal process (e.g., subpoenas or warrants), enforce or administer our agreements and terms, for fraud prevention, risk assessment, investigation, and protect the rights, property or safety of Quora, its users, or others.

**Your Content and Activity.** Your Content, including your name, profile picture, profile information, and certain associated activity information is available to other users of the Quora Platform and may be viewed publicly. Public viewing includes availability to non-registered visitors and can occur when users share Your Content across other sites or services. In addition, Your Content may be indexed by search engines. See the section below about Your Choices for information about how you may change how certain information is shared or viewed by others.

**Metrics**. We may share with users of our advertisers or publishers aggregate statistics, metrics and other reports about the performance of their ads or content in the Quora Platform such as the number of unique user views, demographics about the users who saw their ads or content, conversion rates, and date and time information. We do not share IP addresses or personal information. We may also allow our advertisers or publishers to use Pixels on the Quora Platform in order to collect information about the performance of their ads or content.

**Anonymized and Aggregated Data.** We may share aggregated or de-identified information with third parties for research, marketing, analytics and other purposes, provided such information does not identify a particular individual.

### Cookies, Pixels and Tracking

We and our third party providers use cookies, clear GIFs/pixel tags, JavaScript, local storage, log files, and other mechanisms to automatically collect and record information about your usage and browsing activities on the Quora Platform and across third party sites or online services. We may combine this information with other information we collect about users. Below, we provide a brief summary these activities. For more detailed information about these mechanisms and how we collect activity information, see our Cookie Policy.

- *Cookies*. These are small files with a unique identifier that are transferred to your browser through our websites. They allow us to remember users who are logged in, to understand how users navigate through and use the Quora

- *Pixels, web beacons, clear GIFs.* These are tiny graphics with a unique identifier, similar in function to cookies, which we use to track the online movements of users of the Quora Platform and the web pages of users of our Ad Services, and to personalize content. We also use these in our emails to let us know when they have been opened or forwarded, so we can gauge the effectiveness of our communications.

- *Analytics Tools.* We may use internal and third party analytics tools, including Google Analytics . The third party analytics companies we work with may combine the information collected with other information they have independently collected from other websites and/or other online products and services. Their collection and use of information is subject to their own privacy policies.

**Do-Not-Track Signals.** Please note we do not change system behavior within the Quora Platform in response to browser requests not to be tracked. You may, however, disable certain tracking by third-parties as discussed in the Quora Ads and Personalization section below. You may also opt out of tracking by Quora Pixels, as described below in Quora Ads and Personalization.

### Quora Ads and Personalization

We may display personalized content (including from third party publishers) and personalized ads (including sponsored content), based on information that we have collected via the Quora Platform, and through our Pixels, widgets, and buttons embedded on third party sites. We also may report aggregated or de-identified information about the number of users that saw a particular ad or content and related audience engagement information to users of our Ad Services and to publishers of content on the Quora Platform. See Quora's Pixel Privacy Terms for more information about how our Pixels are used, and also see the "Your Choices" section below for information about opting out of tracking by our Pixels.

Users of our Ad Services may also provide us with information as part of their ad campaigns, including customer list information (e.g., email addresses and demographic or interest data) with us in order to create customized audiences for their ad campaigns; we only use this information to facilitate the particular user's campaign (including ad metrics and reporting to that user) or for fraud detection and security purposes; and we do not disclose this information to third parties (other than our service providers) unless required by law. We also do not disclose to the users of our Ad Services the names or identities of their customers that were successfully reached as part of such campaigns.

media (e.g., social networking platforms), such as Google AdSense (more info here) and Facebook Audience Network (more info here   ). These third parties may use cookies, JavaScript, web beacons (including clear GIFs), Flash LSOs and other tracking technologies to measure the effectiveness of their ads and to personalize advertising content to you.

In addition to opting out of tracking across sites by our Pixels (see "Your Choices" section below), you also may opt out of much interest-based advertising on third party sites and through third party ad networks (including Facebook Audience Network and Google AdSense). See "Your Choices" section below for more information about opting out of third-party ad networks.

## How We Protect Your Information

The security of your information is important to us. Quora has implemented safeguards to protect the information we collect. However, no website or Internet transmission is completely secure. We urge you to take steps to keep your personal information safe, such as choosing a strong password and keeping it private, as well as logging out of your user account, and closing your web browser when finished using the Quora Platform on a shared or unsecured device.

## Access and Amend Your Information

You may update or correct your account information at any time by logging in to your account. You may also make a number of other adjustments to settings or the display of information about you as described in more detail in the following section about Your Choices.

## Your Choices

You may, of course, decline to submit information through the Quora Platform, in which case we may not be able to provide certain services to you. You may also control the types of notifications and communications we send, limit the information shared within the Quora Platform about you, and otherwise amend certain privacy settings. Here is some further information about some of your choices:

***Anonymous Posts.*** You may post certain content anonymously, including questions and answers. In such event, your name is not displayed along with the content, and Quora does not associate such content with your user ID and other profile data. For further information see how anonymity works on Quora.

***Your Content***. You may edit or delete the answers that you post at any time. Any questions you have posted may remain on the Quora Platform and be edited by other users. Any deleted content will be removed from third party sites from which it has been shared via Quora's standard sharing features; however we have no control over

About    Careers    Press    Businesses    Blog

in your profile activity and on content edit logs.

**Adult Content.** In your profile's privacy settings, you can elect whether to receive adult content.

**Emails and Communications.** When you join the Quora Platform by signing up for an account or creating a profile, as part of the service, you will receive the Quora digest containing content that we believe may match your interests. You can manage your email and notice preferences in your account profile settings, under your Emails and Notifications settings. If you opt out of receiving emails about recommendations or other information we think may interest you, we may still send you transactional e-mails about your account or any services you have requested or received from us.

Third parties may comment on your postings within the Quora Platform. In your profile, under your Privacy Settings, you can adjust whether to allow people to comment on your answers and posts. You can also adjust permissions about who you allow to send you messages on the Quora Platform.

**Followers.** You can block the ability of another Quora user to follow you by selecting the setting for this in the other user's profile. You can change whether or not you follow other users.

**Topics.** You can change topics that you follow or that your profile lists as areas that you know about.

**Credentials**. You can change your credentials that are displayed in your profile or in connection with a specific answer.

**Indexed Search.** In your privacy settings, you can control whether your profile and name is indexed by search engines. Changes to privacy settings may only apply on a going-forward basis; for example, your name (e.g., answers and profile) that has already been indexed by search engines may remain indexed for a period of time even after you have turned off indexing, as implementing this change is outside of our control.

**Deleted or Deactivated Account.** If you choose Delete Your Account in your privacy settings, then all of Your Content will be removed from public visibility on the Quora Platform, and it may not be restored by us, even if you change your mind. If you choose Deactivate Your Account, then you will no longer receive any communications from us, and users will not be able to interact with you; however Your Content will remain on the Quora Platform. Once you deactivate your account, you can reactivate it any time by choosing to log in.

**Pixels**. To opt out of tracking via the Quora Pixels, please visit this page. Opting out of Pixels tracking may impact our ability to personalize ads and content tailored to your interests. This setting is tied to your cookies, and, unless you are logged in to the Quora

## Third Party Ad Networks

For information about and to opt out of interest-based ads from many ad networks, go to:

- U.S.: www.aboutads.info    Internet Advertising Bureau

- Canada: www.youradchoices.ca

- European Union: www.youronlinechoices.eu/

*Linked Networks.* You may connect or disconnect your Linked Networks, such as Facebook, through the Account Settings tab in your profile settings, and you may access, amend and delete much of your profile information through your profile settings. Once you disconnect a Linked Network, we will not receive information from that Linked Network going forward; unless you choose to reconnect it. You may also control whether the Linked Network is visible in your profile. Please see this page for more information about Linked Networks and the Quora Platform

## Transferring Your Data

Quora is headquartered in the United States, and has operations, entities and service providers in the United States and throughout the world. As such, we and our service providers may transfer your personal information to, or access it in, jurisdictions (including the United States) that may not provide equivalent levels of data protection as your home jurisdiction. We will take steps to ensure that your personal information receives an adequate level of protection in the jurisdictions in which we process it.

## Children's Privacy

We do not knowingly collect or solicit personal information from anyone under the age of 13 (or under the age of 14 for anyone living in Spain or South Korea) or knowingly allow such persons to register. If we become aware that we have collected personal information from a child under the relevant age without parental consent, we take steps to delete that information.

## Links to Other Websites

The Quora Platform may contain links to third party sites or online services. We are not responsible for the practices of such third parties, whose information practices are subject to their own policies and procedures, not to this Privacy Policy.

## Your California Privacy Rights

personal information (if any) for their direct marketing purposes in the prior calendar year, as well as the types of personal information disclosed to those parties. If you are a California resident and would like to request this information, please submit your request in an email to privacy@quora.com .

## Contact Us

If you have any questions about our practices or this Privacy Policy, please contact us at privacy@quora.com , or send mail to:

Quora, Inc.
Attn: Privacy
650 Castro Street, Suite 450
Mountain View, CA 94041

## Changes to Our Privacy Policy

If we change our privacy policies and procedures, we will post those changes on this page. If we make any changes to this Privacy Policy that materially change how we treat your personal information, we will endeavor to provide you with reasonable notice of such changes, such as via prominent notice in the Quora Platform or to your email address of record, and where required by law, we will obtain your consent or give you the opportunity to opt out of such changes.

Prior Versions